UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SILVER DREAM, L.L.C., a Louisiana Limited Liability Company** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-3660** |
| **CHONG YUN, d/b/a GOLDEN WAGON** | **SECTION: "S" (2)** |

### ORDER

**IT IS HEREBY ORDERED** that Silver Dream's Motion to Enforce Settlement Agreement (Doc. #11) is **DENIED.**

Defendant, Chong Yun, d/b/a Golden Wagon, provided an affidavit that states the jewelry product sold by Golden Wagon that incorporates Silver Dream's design, the price paid by Golden Wagon for the jewelry product, the quantity of the jewelry product sold by Golden Wagon, the price charged for the jewelry product by Golden Wagon, and the amount of the jewelry product remaining in Golden Wagon's inventory. She also placed a question mark in the box below the quantity manufactured box to indicate that she did not know the amount of the jewelry product manufactured. The settlement agreement states that Yun had to provide information regarding the name of the manufacturer and the names of third parties that she knows are selling jewelry incorporating Silver Dream's design. She has repeatedly informed plaintiff that she does not know this information.

Although she did not put a statement in the affidavit stating that she does not know the information, she complied with the spirit of the settlement agreement by providing information to the best of her knowledge.

New Orleans, Louisiana, this __15th__ day of March, 2011.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE